**Order entered April 12, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00969-CV

### BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant

### V.

### HILARY THOMPSON HUTSON, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

## ORDER

The reporter's record in this appeal was filed April 1, 2021. Before the Court is appellant's April 8, 2021 challenge to the record. Appellant complains the reporter, Janet Dugger, refused to provide her with an "unedited original transcript" for each of the three hearing dates requested prior to filing the record and generally asserts that the record omits material statements that were made during the hearings, includes statements that were not made during the hearings, and is captioned/styled incorrectly.

To the extent appellant requests the record be corrected, we **DENY** the request without prejudice to appellant refiling a motion detailing the inaccuracies and omissions and including the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5).  We **DENY** any other requests.

/s/    KEN MOLBERG
       JUSTICE